JS-6

FILED
CLERK, U S. DISTRICT COURT

4/26/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHIEN-PING CHU, aka "RONG-PING CHU", aka "RACHEL CHU", aka "HSIU AN CHU", an individual; DOES 1 through 10,<br><br>　　　　Defendants. | Case No.:  5:15-cv-01114-JFW-DTB<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice" and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated April 26, 2016　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Judge John F. Walter
　　　　　　　　　　　　　　　　　　　　　　United States District Judge